# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:05CV219-T

| | |
|---|---|
| **JESSE JAMESON-LECOURS, a minor, by his Guardian Ad Litem W. Davis Sumpter, III, and JOANNE JAMESON-LECOURS,** </br></br>Plaintiffs </br></br> V. </br></br> **AMERIGAS PROPANE, INC., AMERIGAS PROPANE, L.P.,** </br></br> Defendants. | **ORDER** |

**THIS MATTER** is before the court upon the court's own motion to strike the Order of the court filed January 24, 2006 (#16). For good cause shown, the previous Order of the court shall be stricken.

**ORDER**

**IT IS, THEREFORE, ORDERED,** that the previous Order of the court (#16) is **STRICKEN**, and the Clerk of this court is directed to remove such from the docket, and the Motion for James T. Hultquist to Appear Pro Hac Vice and Motion for Vanessa C. Marti to Appear Pro Hac Vice are **DENIED** without prejudice, with leave to refile at a later date.

Signed: January 25, 2006

Dennis L. Howell
United States Magistrate Judge